IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CATHERINE TODD,

    Plaintiff,

v.                                           Case No. 5:23-cv-57-RH-MJF

FORWARD AIR, INC.,

    Defendant.

_____/

**JUDGMENT**

This case is dismissed without prejudice in deference to arbitration.

                                           JESSICA J. LYUBLANOVITS,
                                           CLERK OF COURT

April 10, 2023                 s/ Jeremy Wright
DATE                                  Deputy Clerk